UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW J. DAMLOW, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:20-CV-63 NCC |
| | ) |
| DAN REDDINGTON, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Before the Court is petitioner's request for extension of time to respond to the Order to Show Cause why his application for writ of habeas corpus should not be dismissed as time-barred. For good cause shown the Court will grant petitioner an additional twenty-one (21) days from the date of this Memorandum and Order to respond to the Order to Show Cause.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time to respond to the Memorandum and Order issued on November 13, 2020 [Doc. #12] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall respond to the Order to Show Cause within twenty-one (21) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that petitioner's failure to respond in a timely manner to the Order to Show Cause may result in a dismissal of this action, without prejudice.

Dated this 15th day of December, 2020.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE